### *Anonymous.*

IT was ruled, that the causes in which public officers, such as the Attorney-General, district attorney,

and the like, are concerned, have no preference at the sittings or circuits ; nor will such circumstance afford an excuse for not going to trial according to notice, or a reason to refuse judgment of nonsuit ; it being the duty of public officers to provide other counsel when they cannot themselves attend, and if they do not, it is at their peril.